(127 So. 792)

### Bessie HILL v. STATE.

8 Div. 187.

Supreme Court of Alabama.
April 10, 1930.

Jas. C. Roberts, of Florence, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

PER CURIAM.

Petition of Bessie Hill for certiorari to Court of Appeals to review and revise the judgment and decision of that court in Hill v. State, 23 Ala. App. 451, 127 So. 791.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.